Marc Van Der Hout, CA SBN 80778
Johnny Sinodis, CA SBN 290402
VAN DER HOUT LLP

   360 Post St., Suite 800
   San Francisco, CA 94108
   T: (415) 981-3000
   F: (415) 981-3003
   ndca@vblaw.com

Attorneys for the Plaintiffs

ISMAIL J. RAMSEY (CABN 189820)
United States Attorney
MICHELLE LO (NYBN 4325163)
Chief, Civil Division
ANDREW MAINARDI (CABN 338085)
Assistant United States Attorney

   1301 Clay Street, Suite 340S
   Oakland, CA 94612
   Telephone: (510) 788-3509
   Facsimile: (510) 637-3724
   E-mail: andrew.mainardi@usdoj.gov

Attorneys for Defendants

**FILED**

Jan 12 2024

Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IMMIGRATON CENTER FOR WOMEN AND CHILDREN; ASISTA IMMIGRATION ASSISTANCE, INC.,<br><br>   Plaintiff,<br><br>   v.<br><br>U.S. CITIZENSHIP AND IMMIGRATION SERVICES; U.S. DEPARTMENT OF HOMELAND SECURITY,<br><br>   Defendants. | CASE NO. 3:20-CV-03000-LB<br><br>**STIPULATION TO CONTINUE THE CASE MANAGEMENT CONFERENCE AND THE CASE MANAGEMENT STATEMENT ;[PROPOSED] ORDER** |

STIPULATION TO CONTINUE CMC; [PROPOSED] ORDER
3:20-CV-03000-LB

Through this stipulation, the parties respectfully request that the Court continue the Case Management Conference and the submission of the Case Management Statement for a period of 8 weeks. *See* Dkt. Nos. 61, 62 (current scheduling of Case Management Conference and deadline for Case Management Statement).

The parties are engaged in discussions regarding the terms of continued processing and production of documents that are responsive to Plaintiffs' Freedom of Information Act (FOIA) request, and they hope to reach a resolution. In order to allow the parties to resolve as many issues in this matter as possible between themselves, the parties hereby stipulate and request, pursuant to Civil Local Rule 6-1(b), that the Court continue the Initial Case Management Conference, currently scheduled for January 18, 2024 at 11:00 a.m., to March 14, 2024 at 11:00 a.m. and further stipulate to extend the deadline to file the Case Management Statement, currently due January 11, 2024, to March 7, 2024. During that time, Defendants will continue to process at least 500 pages of potentially responsive documents each month and provide rolling releases to Plaintiffs at the end of each month. The parties respectfully submit that this is currently the most efficient manner in which to proceed and will conserve both the parties' and the Court's resources.

Respectfully submitted,

DATED: January 11, 2023                VAN DER HOUT LLP

/s/ *Johnny Sinodis*[1]
MARC VAN DER HOUT
JOHNNY SINODIS
Attorneys for Plaintiffs

DATED: January 11, 2023

ISMAIL J. RAMSEY
United States Attorney

/s/ *Andrew Mainardi*
Andrew Mainardi
Assistant United States Attorney
Attorney for Defendants

---

[1] In compliance with Civil Local Rule 5-1(h)(3), the filer of this document attests under penalty of perjury that counsel for Plaintiff has concurred in the filing of this document.

STIPULATION TO CONTINUE CMC; [~~PROPOSED~~] ORDER
3:20-CV-03000-LB

PURSUANT TO STIPULATION, IT IS SO ORDERED

DATED: January 12, 2024

_____
LAUREL BEELER
United States Magistrate Judge