Marc Van Der Hout, CA SBN 80778
Johnny Sinodis, CA SBN 290402
VAN DER HOUT LLP

    360 Post St., Suite 800
    San Francisco, CA 94108
    T: (415) 981-3000
    F: (415) 981-3003
    ndca@vblaw.com

Attorneys for the Plaintiffs

PATRICK D. ROBBINS (CABN 152288)
Acting United States Attorney
PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division
ANDREW MAINARDI (NYBN 5431697)
Assistant United States Attorney

    1301 Clay Street, Suite 340S
    Oakland, CA 94612
    Telephone: (510) 788-3509
    Facsimile: (415) 436-7234
    E-mail: andrew.mainardi@usdoj.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IMMIGRATON CENTER FOR WOMEN AND CHILDREN; ASISTA IMMIGRATION ASSISTANCE, INC., <br><br> Plaintiff, <br><br> v. <br><br> U.S. CITIZENSHIP AND IMMIGRATION SERVICES; U.S. DEPARTMENT OF HOMELAND SECURITY, <br><br> Defendants. | CASE NO. 3:20-CV-03000-LB <br><br> **STIPULATION TO CONTINUE THE CASE MANAGEMENT CONFERENCE AND THE CASE MANAGEMENT STATEMENT ;[PROPOSED] ORDER** |

Through this stipulation, the parties respectfully request that the Court continue the May 29,

STIPULATION TO CONTINUE CMC; [PROPOSED] ORDER
3:20-CV-03000-LB

2025 Case Management Conference and the submission of the Case Management Statement for a period of three (3) months. *See* Dkt. No. 73 (current scheduling of Case Management Conference and deadline for Case Management Statement).

As background, following Plaintiffs' initiation of the instant proceedings on April 30, 2020, the parties engaged in negotiations regarding the initiation of Defendants' search for responsive documents and Defendants' processing and production of documents that were responsive to Plaintiffs' request, which was filed on December 18, 2019.

On October 26, 2020, Defendants released their first batch of responsive documents to Plaintiffs. Defendants thereafter continued processing documents and releasing responsive records to Plaintiffs on a monthly basis.

By late 2022, the remaining documents for Defendants to review were over 100,000 pages of potentially responsive emails. Defendants have not identified a responsive document in any of the approximately 27,000 pages they have reviewed since then. The parties attempted to narrow the scope and timeframe of the search to produce responsive results but to no avail.

In February 2024, the parties agreed that Defendants would review 15,000 pages of potentially responsive documents under the agreed upon search parameters between March and August 2024, and further agreed that, if all pages continued to be beyond the scope of Plaintiffs' FOIA request, Plaintiffs would agree to resolve the underlying litigation, not including any issues related to litigation costs and fees.

Between February and August 2024, Defendants reviewed 15,000 pages pursuant to the parties' agreement and identified none that are within the scope of Plaintiffs' FOIA request. Therefore, per the parties' prior agreement, Plaintiffs deemed Defendants' response to their FOIA request to be complete. The remaining issues pertain to whether Plaintiffs' counsel is entitled to and eligible for litigation costs and fees pursuant to FOIA.

Because the undersigned counsel for Defendant was on intermittent parental leave from September 2024 until March 2025, the parties filed two stipulated requests to continue the Case Management Conference, which this Court granted. Dkt. Nos. 68-72.  In order to allow the parties additional time to resolve these remaining issues between themselves – and because the undersigned counsel for Defendant

has a conflicting appearance on the day the Case Management Conference is currently scheduled and will be leaving federal employment, necessitating a new attorney appearance for Defendant – the parties hereby stipulate and request, pursuant to Civil Local Rule 6-1(b), that the Court continue the Initial Case Management Conference, currently scheduled for May 29, 2025, at 11:00 a.m., to August 28, 2025, at 11:00 a.m., and further stipulate to extend the deadline to file the Case Management Statement, currently due May 22, 2025, to August 21, 2025. The parties respectfully submit that this is currently the most efficient manner in which to proceed and will conserve both the parties' and the Court's resources.

Respectfully submitted,

DATED: May 22, 2025      VAN DER HOUT LLP

*/s/ Johnny Sinodis*
MARC VAN DER HOUT
JOHNNY SINODIS
Attorneys for Plaintiffs

DATED: May 22, 2025

IPATRICK D. ROBBINS
Acting United States Attorney

*/s/ Andrew Mainardi*[2]
BY: Andrew Mainardi
Assistant United States Attorney
Attorney for Defendants

---

[2] *In compliance with Civil Local Rule 5-1(h)(3), the filer of this document attests under penalty of perjury that counsel for Plaintiff has concurred in the filing of this document.*

STIPULATION TO CONTINUE CMC; [PROPOSED] ORDER
3:20-CV-03000-LB

1  PURSUANT TO STIPULATION, IT IS SO ORDERED

3  DATED: May 24, 2025

_____
LAUREL BEELER
United States Magistrate Judge

STIPULATION TO CONTINUE CMC; [PROPOSED] ORDER
3:20-CV-03000-LB